**No. 50198.**—Protests 73248–K, etc., of Alpha Lux Co. et al. (Philadelphia, etc.).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.

BEFORE THE SECOND DIVISION, MAY 19, 1945

**No. 50199.**—Protests 942409–G, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. It was stipulated that certain items of the merchandise consist of hats or hoods composed of ramie and cellophane the same in all material respects as those involved in Abstract 47291, which record was admitted in evidence herein. In accordance therewith the items in question were held dutiable as claimed.

**No. 50200.**—Protest 15488–K of J. Zimmermann Co. (New York).

Opinion by TILSON, J. It was stipulated that certain items of the merchandise consist of hemp knotted straw hats the same in all material respects as those involved in Abstract 46497, which record was admitted in evidence herein. In accordance therewith the items in question were held dutiable as claimed.